UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN E. SHAFFER,<br><br>      Plaintiff,<br><br>    v.<br><br>OSORIO,<br><br>      Defendant. | Case No. 25-cv-01308-NW<br><br>**ORDER GRANTING DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: ECF No. 23 |

The Court is in receipt of Defendant's motion for an extension of time to file a dispositive motion. *See* ECF No. 23. Upon due consideration of Defendant's motion and the supporting declaration of counsel, good cause appearing, the Court **GRANTS** the motion so the parties may continue the discovery process. *See* Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4). Accordingly, the dispositive motion must be filed and served no later than July 27, 2026. Any opposition to the dispositive motion must be filed and served upon the moving party no later than 28 days from the date the motion is filed. A reply in support of the motion, if any, must be filed and served no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due.

The Court also received a letter from Shaffer stating that his legal documents, including copies of the Court's prior orders, were discarded by his correctional facility. The Clerk is requested to send Shaffer a copy of ECF No. 20 with his copy of this order.

    **IT IS SO ORDERED.**

Dated: May 11, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California